UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ROUELL, et al., | Case No.  1:26-cv-03496-JLT-HBK |
| Plaintiffs, | ORDER GRANTING DEFENDANTS' UNOPPOSED MOTIONS FOR EXTENSION OF TIME |
| v. | |
| HALL AMBULANCE SERVICE, INC., et al., | (Docs. 9, 11) |
| Defendants. | |

On June 9, 2026, Defendants Hall Ambulance Service, Inc. and Grant Mercantile Agency, Inc. filed motions seeking a second extension of time to respond to Plaintiffs' complaint.  (Docs. 9,[1] 11).  Plaintiffs do not oppose the requested extensions, and Defendants assert that good cause exists because the parties are actively pursuing settlement.

The Court finds good cause to grant the motions under Federal Rule of Civil Procedure 6(b)(1)(A).

Accordingly, it is ORDERED:

1. Defendant Hall Ambulance Service, Inc.'s motion for an extension of time (Doc. 9) is GRANTED.

2. Defendant Grant Mercantile Agency Inc.'s motion for extension of time (Doc. 11) is

---

[1] Defendant Hall Ambulance Service, Inc.'s motion appears on the docket as a "response" due to an error in selecting the appropriate CM/ECF event at the time of filing.

GRANTED.

3.  Defendants shall file their responses to Plaintiffs' complaint on or before July 10. 2026.

4.  If the parties reach a settlement, they shall promptly file a notice of settlement or resolution in accordance with Local Rule 160(a).


Dated:     June 10, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE